IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIRGINIA INTERMONT COLLEGE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) |
| THE SOUTHERN ASSOCIATION | ) FILE NO. 1:13-cv-2813-WSD |
| OF COLLEGES AND SCHOOLS | ) |
| COMMISSION ON COLLEGES, | ) |
| INC., | ) |
| | ) |
| Defendant. | ) |

## CONSENT ORDER GRANTING PRELIMINARY INJUNCTION

The Parties have informed the Court that they have consented, stipulated, and agreed to the entry of this Order Granting Preliminary Injunction ("Order") in order to protect the rights and interests of the parties during the pendency of these proceedings.

NOW, THEREFORE, it is hereby ORDERED as follows:

(1) Virginia Intermont College located in Bristol, Virginia is hereby reinstated to membership in the Southern Association of Colleges and Schools Commission on Colleges, Inc. ("SACSCOC"), in the same status it was in immediately before the action to remove it; that is, as a member on Probation;

(2)  Copies of this Order shall be sent by the Parties, or either of them, in writing, by e-mail, facsimile, or other means of electronic transmission, to the United States Department of Education and to the Virginia Department of Education. Receipt of a copy of this Order shall serve as notice that Virginia Intermont College is and remains eligible to participate in all Title IV Federal Student Assistance Programs and all Virginia Financial Aid programs. The Parties to this action shall cooperate with one another in providing notice and copies of this Order to all parties who have received notice of the action by SACSCOC removing Virginia Intermont College from membership;

(3)  SACSCOC shall, as soon as practicable, but no later than 5:00 p.m. on August 23, 2013, post notification on its website of the entry of this Order and that Plaintiff, Virginia Intermont College, has been and is restored to membership in the Southern Association of Colleges and Schools, Inc. as a member on Probation, pending further Order of this Court; and

(4)  This Order shall remain in full force and effect and binding upon the Parties, pending further Order of this Court.

SO ORDERED this 23rd day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

Stipulated, Consented, and Agreed to
this 22nd day of August, 2013.

/s/ Mark H. Cohen

Mark H. Cohen
Georgia Bar No. 174567
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308
Telephone: (404) 885-3597
Facsimile: (404) 962-6753
Email:
mark.cohen@troutmansanders.com

Counsel for Plaintiff
Virginia Intermont College

/s/ Patrick W. McKee
(with express permission by Mark H. Cohen)
Patrick W. McKee
Georgia Bar No. 494325
McKee & Mitchell LLC
19 Spring Street
Newnan, Georgia 30263
Telephone: (770) 683-8900
Facsimile: (770) 683-8905
Email: pwmckee@mckeelaw.com

Counsel for Defendant
The Southern Association of Colleges
and Schools Commission on Colleges,
Inc.