IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIRGINIA INTERMONT COLLEGE, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | |
| ) | FILE NO. 1:13-cv-2813-WSD |
| THE SOUTHERN ASSOCIATION ) | |
| OF COLLEGES AND SCHOOLS ) | |
| COMMISSION ON COLLEGES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

COME NOW Plaintiff Virginia Intermont College ("Virginia Intermont") and Defendant The Southern Association of Colleges and Schools Commission on Colleges, Inc. ("SACSCOC"), by and through their counsel of record, and hereby file this Amended Joint Status Report pursuant to this Court's Order of September 9, 2013 [Doc. No. 13].

Following the Court's Order granting the parties' Consent Motion to Stay Proceedings, Virginia Intermont has been in merger discussions with Webber International University ("Webber"), located in Florida. On January 17, 2014, Webber notified SACSCOC of its intent to merge with Virginia Intermont, which notification was accepted by SACSCOC on January 31, 2014. In accordance with

SACSCOC's Policies and Procedures for Substantive Change for Accredited Institutions of the Commission on Colleges ("the Procedures"), a Prospectus will be filed by Webber with SACSCOC on or before April 15, 2014.

The Procedures call for the Prospectus to be presented for consideration at the SACSCOC Board of Trustees meeting in June 2014. The SACSCOC Board of Trustees' options at such meeting are: (1) to vote to approve the merger/consolidation and authorize the appointment of a Substantive Change Committee to visit the institution, (2) to deny approval of the merger/consolidation, or (3) to defer action to the next Board meeting, pending submission of additional information to approve the Prospectus. In the event that the SACSCOC Board of Trustees elects option (1) or (3), above, the parties will request that the stay of proceedings be continued to permit the merger process to proceed. In the event that the SACSCOC Board of Trustees votes to deny approval of the merger/consolidation, the parties will request that the stay be dissolved and the case returned to active status.

Accordingly, the parties jointly request that the stay of this case [Doc. No. 13] and the consent preliminary injunction [Doc. No. 4] be continued and that the parties be directed to file another status report no later than July 1, 2014 to inform

the Court as to the status of the merger discussions referenced above and whether the case needs to return to active status.

Respectfully submitted, this 27th day of February, 2014.

| | |
|---|---|
| */s/ Mark H. Cohen* | */s/ Patrick W. McKee* |
| | (with express permission by Mark H. Cohen) |
| Mark H. Cohen | Patrick W. McKee |
| Georgia Bar No. 174567 | Georgia Bar No. 494325 |
| Troutman Sanders LLP | McKee & Mitchell LLC |
| 5200 Bank of America Plaza | 19 Spring Street |
| 600 Peachtree Street, N.E. | Newnan, Georgia  30263 |
| Atlanta, Georgia 30308 | Telephone:  (770) 683-8900 |
| Telephone:  (404) 885-3597 | Facsimile:  (770) 683-8905 |
| Facsimile: (404) 962-6753 | Email:  pwmckee@mckeelaw.com |
| Email:  mark.cohen@troutmansanders.com | |
| | |
| Counsel for Plaintiff | Counsel for Defendant |
| Virginia Intermont College | The Southern Association of Colleges and Schools Commission on Colleges, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing JOINT STATUS REPORT was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 27th day of February, 2014.

                                                  /s/ *Mark H. Cohen*
                                                  Mark H. Cohen
                                                  Georgia Bar No. 174567